# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VIRGIL J. VADUVA, | ) | Case No. 3:17-cv-41 |
| Plaintiff, | ) | Judge Thomas Rose |
| vs. | ) | |
| CITY OF XENIA, OHIO, et al, | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME
FOR DISCOVERY DEADLINES (DOC. 30)**

Having considered the joint motion by Plaintiff Virgil Vaduva and Defendant City of Xenia to Extend the Discovery Deadlines and the cut-off date for filing summary judgment motions, the Court finds the motion well taken. The Court hereby orders the following changes in the Preliminary Pretrial Scheduling Order:

9. December 4, 2017 — Cut-off date for making requests for admissions be to February 4, 2018;

10. February 1, 2018 – Discovery Cut-off date be extended to March 9, 2018;

11. February 8, 2017 – Discovery telephone conference be continued to April 11, 2018; and

12. March, 2018 – Cut-off date for filing Summary judgment motions to be extended to May 1, 2018.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, January 26, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE