UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VIRGIL J. VADUVA,

    Plaintiff,

vs.

CITY OF XENIA, OHIO, *et al.*,

    Defendants.

Case No. 3:17-cv-41

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

## ORDER
---

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**


Date:   March 12, 2018                              s/ Michael J. Newman
                                                                                  Michael J. Newman
                                                                                  United States Magistrate Judge